Case 8:22-cr-00034-FWS   Document 2085   Filed 11/06/25   Page 1 of 2   Page ID #:19399

**HOLMES, ATHEY,**
**COWAN & MERMELSTEIN LLP**
Andrew S. Cowan (SBN: 165435)
acowan@holmesathey.com
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017
Tel: (213) 516-8055
Fax: (213) 973-6282
*Attorneys for Defendant Luis Heriberto Vasquez*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS HERIBERTO VASQUEZ,<br><br>Defendant. | Case No. 8:22-CR-034-FWS-8<br><br>**NOTICE OF JOINDER AND JOINDER OF DEFENDANT LUIS HERIBERTO VASQUEZ IN MOTION TO DISMISS INDICTMENT FILED BY CO-DEFENDANT ROBERT MARTINEZ [ECF 2063]**<br><br>Judge: Hon. Fred W. Slaughter<br>Courtroom: 10D<br><br>Hearing Date: 11/20/25<br>Hearing Time: 2:30 PM |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Please take notice that Defendant Luis Heriberto Vasquez, by and through his attorney of record, Andrew S. Cowan, hereby joins and incorporates by reference Co-Defendant Robert Martinez's Motion to Dismiss Indictment with Prejudice Due to the Government's Failure to Fund CJA Defense (ECF 2063).

Case No. 8:22-CR-034-FWS-8                                                JOINDER IN MOTION TO DISMISS

Undersigned counsel is a member of the CJA Indigent Defense Panel for the Central District of California and was appointed under the Criminal Justice Act (CJA) to represent Mr. Vasquez in this matter. *See* 18 U.S.C. § 3006A. Mr. Vasquez is affected in the same way as co-defendant Robert Martinez by the Constitutional violations facing him as a result of the government's failure to fund CJA defense counsel. Additionally, Mr. Vasquez is also impacted by the structural error caused by the lack of funding, as set forth in the Motion to Dismiss.

Mr. Vasquez therefore seeks identical relief as co-defendant Robert Martinez, specifically dismissal with prejudice as to all counts against him.

DATED: 11/6/2025

**RESPECTFULLY SUBMITTED,**

**HOLMES, ATHEY, COWAN & MERMELSTEIN LLP**

By:  */s/ Andrew S. Cowan*
Andrew S. Cowan
Attorneys for Defendant Luis Heriberto Vasquez